1  Elizabeth Cabraser (State Bar No. 083151)
   ecabraser@lchb.com
2  Michael W. Sobol (State Bar No. 194857)
   msobol@lchb.com
3  Daniel M. Hutchinson (State Bar No. 239458)
   dhutchinson@lchb.com
4  LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
5  275 Battery Street, 29th Floor
   San Francisco, CA  94111-3339
6  Telephone:  (415) 956-1000
   Facsimile:  (415) 956-1008
7
   Wendy R. Fleishman
8  wfleishman@lchb.com
   Rachel Geman
9  rgeman@lchb.com
   LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
10 250 Hudson Street, 8th Floor
   New York, NY  10013-1413
11 Telephone:    (212) 355-9500
   Facsimile:    (212) 355-9592
12
   Chair of Plaintiffs' Executive Committee and Plaintiffs'
13 Liaison Counsel

14 *[Additional Plaintiffs' Executive Committee members
   listed on the signature page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: BANK OF AMERICA CREDIT PROTECTION MARKETING AND SALES PRACTICES LITIGATION | Case No.  3:12-cv-00527-TEH<br><br>MDL Docket No. 2269 |
|---|---|
| THIS DOCUMENT RELATES TO *Wong v. Bank of America Corp.*, Case No. 3:12-cv-00527-TEH | |

**STIPULATED VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED by and between the parties who have appeared in this action through their designated counsel that the case against the Defendants Bank of America Corporation and FIA Card Services, N.A. ("Defendants")  brought by Helena Wong and Jason Chan, *Wong v. Bank of America Corp.*, Case No. 3:12-cv-00527-TEH,  is VOLUNTARILY

DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(1).

Each side will bear its own costs.

DATED: April 25, 2012                Respectfully submitted,

                                     By:   /s/ *Daniel M. Hutchinson*
                                            Daniel M. Hutchinson

                                     Elizabeth J. Cabraser
                                     Michael W. Sobol
                                     Daniel M. Hutchinson
                                     LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
                                     275 Battery Street, 29th Floor
                                     San Francisco, CA 94111-3339
                                     Telephone:   (415) 956-1000
                                     Facsimile:    (415) 956-1008
                                     ecabraser@lchb.com
                                     msobol@lchb.com
                                     dhutchinson@lchb.com

                                     Wendy R. Fleishman
                                     Rachel Geman
                                     LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
                                     250 Hudson Street, 8th Floor
                                     New York, NY 10013-1413
                                     Telephone: (212) 355-9500
                                     Facsimile:    (212) 355-9592
                                     wfleishman@lchb.com
                                     rgeman@lchb.com

DATED: April 25, 2012                By:   /s/ *Richard M. Golomb*
                                            Richard M. Golomb

                                     Richard M. Golomb
                                     Ruben Honik
                                     Kenneth J. Grunfeld
                                     GOLOMB & HONIK PC
                                     1515 Market Street, Suite 1100
                                     Philadelphia, PA 19102
                                     Telephone:    (215) 985-9177
                                     Facsimile:    (215) 985-4169
                                     rgolomb@golombhonik.com
                                     rhonik@golombhonik.com
                                     kgrunfeld@golombhonik.com

| | | |
|---|---|---|
| 1 | DATED: April 25, 2012 | By:   /s/ *Randall K. Pulliam* |
| | | Randall K. Pulliam |

Allen Carney
Randall K. Pulliam
CARNEY WILLIAMS BATES BOZEMAN & PULLIAM PLLC
11311 Arcade Drive, Ste 200
Little Rock, AK 72212
Telephone: (501) 312-8500
Facsimile: (501) 312-8505
acarney@carneywilliams.com
rpulliam@carneywilliams.com

*Attorneys for Plaintiffs Juan Arevalo, Mitchell Sandow, Angela Zeleny, Marion Walton, Rose Rowley, Cheryl Ross, Wilfred Somers, Vivian Somers, and the proposed Class members*

DATED: April 25, 2012            By:   /s/ *Michael J. Flannery*
                                         Michael J. Flannery

John. J. Carey
Francis J. "Casey" Flynn, Jr.
Tiffany M. Yiatras
CAREY, DANIS & LOWE
8235 Forsyth Blvd., Ste. 1100
St. Louis, MO 63105
Telephone:    (800) 721-2519
Facsimile:    (314) 721-0905
jcarey@careydanis.com
mflannery@careydanis.com
casey@jefflowepc.com
tyiatras@careydanis.com

DATED: April 25, 2012            By:   /s/ *David S. Paris*
                                         David S. Paris

David S. Paris
Ross H. Schmierer
PARIS, ACKERMAN & SCHMIERER LLP 101 Eisenhower Parkway
Roseland, NJ 07068
Telephone:  (973) 228-6667
Facsimile:    (973) 629-1246
david@paslawfirm.com
ross@paslawfirm.com

| | | |
|---|---|---|
| 1 | DATED: April 25, 2012 | By:  /s/ *Diane E. Sammons* |
| 2 | | Diane E. Sammons |

Diane E. Sammons
Bruce Nagel
Jay Rice
NAGEL RICE, LLP
103 Eisenhower Parkway
Roseland, NJ 07068
Telephone:   (973) 618-0400
Facsimile:   (973) 618-9194
dsammons@nagelrice.com

*Attorneys for Plaintiffs Helena Wong, Jason Chan, and the proposed Class members*

DATED: April 25, 2012          By:   /s/ *Brett Cebulash*
                                                Brett Cebulash

Brett Cebulash
Kevin Landau
TAUS, CEBULASH & LANDAU, LLP
80 Maiden Lane, Suite 1205
New York, NY 10036
Telephone:   (212) 931-0704
bcebulash@tcllaw.com
klandau@tcllaw.com

DATED: April 25, 2012          By:   /s/*Marc L. Godino*
                                                Marc L. Godino

Marc L. Godino
GLANCY BINKOW & GOLDBERG
1801 Avenue of the Stars, Ste. 311
Los Angeles, CA 90067
Telephone:   (310) 201-9150
Facsimile:   (310) 201-9160
mgodino@glancylaw.com

DATED: April 25, 2012          By:   /s/ *Steven A. Owings*
                                                Steven A. Owings

Steven A. Owings
OWINGS LAW FIRM
1320 Brookwood Dr., Ste. D
Little Rock, AR 72202-1412
Telephone: (501) 661-9999 Facsimile: (501) 661-9999
sowings@owingslawfirm.com

*Attorneys for Plaintiffs Maude Stuart, Frederick Richmond, Maryellen Richmond, Blanche Melendez, and the proposed Class members*

| | | |
|---|---|---|
| 1 | DATED: April 25, 2012 | By: ___/s/ *David L. Permut* _____<br>David L. Permut |
| 2 | | |
| 3 | | David L. Permut (admitted *pro hac vice*)<br>GOODWIN PROCTER LLP<br>901 New York Avenue, NW |
| 4 | | Washington, DC 20001<br>Telephone:  (202) 346-4000 |
| 5 | | Facsimile:   (202) 346-4444<br>dpermut@goodwinprocter.com |
| 6 | | egoldberg@goodwinprocter.com |
| 7 | | Patrick S. Thompson<br>GOODWIN PROCTER LLP |
| 8 | | Three Embarcadero Center, 24th Floor San Francisco, CA 94111 |
| 9 | | Telephone: (415) 733-6000<br>Facsimile:    (415) 677-9041 |
| 10 | | pthompson@goodwinprocter.com |
| 11 | | *Attorneys for Defendants Bank of America Corporation and FIA Card Services, N.A.* |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

04/30/2012

IT IS SO ORDERED

Judge Thelton E. Henderson

977808.1

- 5 -

STIPULATED VOLUNTARY DISMISSAL WITHOUT PREJUDICE
CASE NO. 3:12-CV-00527-TEH