Elizabeth Cabraser (State Bar No. 083151)
*ecabraser@lchb.com*
Michael W. Sobol (State Bar No. 194857)
*msobol@lchb.com*
Daniel M. Hutchinson (State Bar No. 239458)
*dhutchinson@lchb.com*
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

Wendy R. Fleishman
wfleishman@lchb.com
Rachel Geman
rgeman@lchb.com
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY  10013-1413
Telephone:      (212) 355-9500
Facsimile:       (212) 355-9592

Chair of Plaintiffs' Executive Committee and Plaintiffs'
Liaison Counsel

*[Additional Plaintiffs' Executive Committee members listed on the signature page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BANK OF AMERICA CREDIT PROTECTION MARKETING AND SALES PRACTICES LITIGATION | Case No.  3:12-cv-00527-TEH<br><br>MDL Docket No. 2269 |
| THIS DOCUMENT RELATES TO *Wong v. Bank of America Corp.*, Case No. 3:12-cv-00527-TEH | |

**STIPULATED VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED by and between the parties who have appeared in this action through their designated counsel that the case against the Defendants Bank of America Corporation and FIA Card Services, N.A. ("Defendants")  brought by Helena Wong and Jason Chan, *Wong v. Bank of America Corp.*, Case No. 3:12-cv-00527-TEH,  is VOLUNTARILY

1  DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(1).

2  Each side will bear its own costs.

3  DATED: April 25, 2012                    Respectfully submitted,

4                                           By:   /s/ *Daniel M. Hutchinson*
5                                                  Daniel M. Hutchinson

6                                           Elizabeth J. Cabraser
                                            Michael W. Sobol
7                                           Daniel M. Hutchinson
                                            LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
8                                           275 Battery Street, 29th Floor
                                            San Francisco, CA 94111-3339
9                                           Telephone:    (415) 956-1000
                                            Facsimile:    (415) 956-1008
10                                          ecabraser@lchb.com
                                            msobol@lchb.com
11                                          dhutchinson@lchb.com

12                                          Wendy R. Fleishman
                                            Rachel Geman
13                                          LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
                                            250 Hudson Street, 8th Floor
14                                          New York, NY 10013-1413
                                            Telephone: (212) 355-9500
15                                          Facsimile:    (212) 355-9592
                                            wfleishman@lchb.com
16                                          rgeman@lchb.com

17 DATED: April 25, 2012                    By:   /s/ *Richard M. Golomb*
                                                   Richard M. Golomb
18
                                            Richard M. Golomb
19                                          Ruben Honik
                                            Kenneth J. Grunfeld
20                                          GOLOMB & HONIK PC
                                            1515 Market Street, Suite 1100
21                                          Philadelphia, PA 19102
                                            Telephone:    (215) 985-9177
22                                          Facsimile:    (215) 985-4169
                                            rgolomb@golombhonik.com
23                                          rhonik@golombhonik.com
                                            kgrunfeld@golombhonik.com
24

25

26

27

28

977808.1                           - 2 -                STIPULATED VOLUNTARY DISMISSAL WITHOUT
                                                                                      PREJUDICE
                                                                    CASE NO. 3:12-CV-00527-TEH

| | | |
|---|---|---|
| 1 | DATED: April 25, 2012 | By:   /s/ *Randall K. Pulliam* |
| | | Randall K. Pulliam |
| 2 | | |
| 3 | | Allen Carney |
| | | Randall K. Pulliam |
| 4 | | CARNEY WILLIAMS BATES BOZEMAN & PULLIAM PLLC |
| | | 11311 Arcade Drive, Ste 200 |
| 5 | | Little Rock, AK 72212 |
| | | Telephone: (501) 312-8500 |
| 6 | | Facsimile: (501) 312-8505 |
| | | acarney@carneywilliams.com |
| 7 | | rpulliam@carneywilliams.com |
| 8 | | *Attorneys for Plaintiffs Juan Arevalo, Mitchell Sandow, Angela Zeleny, Marion Walton, Rose Rowley, Cheryl Ross, Wilfred Somers, Vivian Somers, and the proposed Class members* |
| 9 | | |
| 10 | | |
| 11 | DATED: April 25, 2012 | By:   /s/ *Michael J. Flannery* |
| | | Michael J. Flannery |
| 12 | | John. J. Carey |
| | | Francis J. "Casey" Flynn, Jr. |
| 13 | | Tiffany M. Yiatras |
| | | CAREY, DANIS & LOWE |
| 14 | | 8235 Forsyth Blvd., Ste. 1100 |
| | | St. Louis, MO 63105 |
| 15 | | Telephone:   (800) 721-2519 |
| | | Facsimile:   (314) 721-0905 |
| 16 | | jcarey@careydanis.com |
| | | mflannery@careydanis.com |
| 17 | | casey@jefflowepc.com |
| | | tyiatras@careydanis.com |
| 18 | | |
| 19 | DATED: April 25, 2012 | By:   /s/ *David S. Paris* |
| | | David S. Paris |
| 20 | | |
| 21 | | David S. Paris |
| | | Ross H. Schmierer |
| 22 | | PARIS, ACKERMAN & SCHMIERER LLP 101 Eisenhower Parkway |
| | | Roseland, NJ 07068 |
| 23 | | Telephone:  (973) 228-6667 |
| | | Facsimile:   (973) 629-1246 |
| 24 | | david@paslawfirm.com |
| | | ross@paslawfirm.com |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | DATED: April 25, 2012 | By:  /s/ *Diane E. Sammons* |
| | | Diane E. Sammons |

Diane E. Sammons
Bruce Nagel
Jay Rice
NAGEL RICE, LLP
103 Eisenhower Parkway
Roseland, NJ 07068
Telephone:   (973) 618-0400
Facsimile:   (973) 618-9194
dsammons@nagelrice.com

*Attorneys for Plaintiffs Helena Wong, Jason Chan, and the proposed Class members*

DATED: April 25, 2012          By:   /s/ *Brett Cebulash*
                                     Brett Cebulash

Brett Cebulash
Kevin Landau
TAUS, CEBULASH & LANDAU, LLP
80 Maiden Lane, Suite 1205
New York, NY 10036
Telephone:   (212) 931-0704
bcebulash@tcllaw.com
klandau@tcllaw.com

DATED: April 25, 2012          By:   /s/*Marc L. Godino*
                                     Marc L. Godino

Marc L. Godino
GLANCY BINKOW & GOLDBERG
1801 Avenue of the Stars, Ste. 311
Los Angeles, CA 90067
Telephone:   (310) 201-9150
Facsimile:   (310) 201-9160
mgodino@glancylaw.com

DATED: April 25, 2012          By:   /s/ *Steven A. Owings*
                                     Steven A. Owings

Steven A. Owings
OWINGS LAW FIRM
1320 Brookwood Dr., Ste. D
Little Rock, AR 72202-1412
Telephone: (501) 661-9999 Facsimile: (501) 661-9999
sowings@owingslawfirm.com

*Attorneys for Plaintiffs Maude Stuart, Frederick Richmond, Maryellen Richmond, Blanche Melendez, and the proposed Class members*

DATED: April 25, 2012  By: ___/s/ *David L. Permut*___
David L. Permut

David L. Permut (admitted *pro hac vice*)
GOODWIN PROCTER LLP
901 New York Avenue, NW
Washington, DC 20001
Telephone:   (202) 346-4000
Facsimile:    (202) 346-4444
dpermut@goodwinprocter.com
egoldberg@goodwinprocter.com

Patrick S. Thompson
GOODWIN PROCTER LLP
Three Embarcadero Center, 24th Floor San Francisco, CA 94111
Telephone: (415) 733-6000
Facsimile:    (415) 677-9041
pthompson@goodwinprocter.com

*Attorneys for Defendants Bank of America Corporation and FIA Card Services, N.A.*

**UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA**

04/30/2012

IT IS SO ORDERED

Judge Thelton E. Henderson